590 A.2d 753

**In re Nomination Petition of William BARANYAI, Jr., Gary Land and Christine Grossman for the Nomination of the Democratic Party for Councilman for the Borough of Millvale, Allegheny County, Pennsylvania, Appellants**

v.

**Donald ANDREZJWSKI and John F. Kearney.**

Supreme Court of Pennsylvania.

Argued May 6, 1991.

Decided May 10, 1991.

As Amended May 30, 1991.

Stanley B. Lederman, for appellants.

Paul M. Daniels, for appellee.

Before NIX, C.J., and FLAHERTY, LARSEN, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

286

## ORDER

PER CURIAM:

Order of Commonwealth Court reversed.  Opinion to follow.

ZAPPALA, J., did not participate in the decision of this case.